

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

THE EL PASO REPUBLICAN PARTY     §     No. 08-21-00093-CV
OF EL PASO COUNTY, INC. F/K/A
THE EL PASO REPUBLICAN PARTY     §     Appeal from the
AND RICK SEEBERGER, IN HIS
CAPACITY AS PRESIDENT AND     §     County Court at Law No. 3
CHARIMAN OF THE EL PASO
REPUBLICAN PARTY OF EL PASO     §     of El Paso County, Texas
COUNTY, INC.,
    §     (TC# 2021DCV0666)
                 Appellants.
v.     §

RAYMUNDO BACA,     §

            Appellee.     §

## O R D E R

On May 18, 2021, this Court issued an order for mediation referral. The order required the parties to make any objection to referral within ten days of the order. On May 19, 2021, the Appellee filed an objection. The Court finds Appellee's objection persuasive.

Therefore, the Court ORDERS this appeal to continue, the appellate timetable suspension is lifted and the Record is due June 18, 2021.

IT IS SO ORDERED this 19th day of May, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.